BANK OF NORTH COLLINS, Respondent, Appellant, v. JOHN C. McMAHON, LEE B. WARD and CHARLES O. ZIMMERMAN, Appellants, Respondents.— Judgment modified on the facts by increasing the amount of damages to $2,100.28, with interest from October 29, 1937, and as modified affirmed, without costs of this appeal to any party. Finding of fact and conclusion of law modified. All concur. (The judgment confirms the report of the official referee and awards plaintiff judgment against defendants in an action for an accounting.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JOSEPH M. DEISINGER, Respondent, v. EMMA DEISINGER, Appellant.— Order reversed on the law and facts and as a matter of discretion, with ten dollars costs and disbursements, and motion for temporary alimony and counsel fees granted and the counsel fees and disbursements fixed at $150 payable in ten days from date of entry of order and temporary alimony fixed at fifteen dollars per week from date of entry of order and motion for a jury trial denied without prejudice to the right of trial judge to send questions of fact to a jury, without costs. All concur. (The order denies defendant's motion for temporary alimony, counsel fees and for a jury trial, in an action to annul a marriage.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Account of DUNKIRK TRUST COMPANY, as Temporary Administrator and as Administrator with the Will Annexed of MYRTLE E. BRADY GEORGE, Deceased.— Decree affirmed, without costs of this appeal to any party. All concur. (The decree settles the accounts of an administrator.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED REUTER, Appellant.— Judgment of conviction and orders affirmed. All concur. (The judgment convicts defendant of the crimes of grand larceny, second degree, on two counts, and assault, third degree. The orders deny defendant's motions for a new trial and in arrest of judgment.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

WALTER SCHWARTZ, Appellant, v. BAUSCH AND LOMB OPTICAL COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint in a silicosis action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of JOSEPH RIHA, Respondent, for an Order Determining the Title to Certain Personal Property, Levied upon under a Warrant of Attachment, in an Action Entitled, " Supreme Court, Onondaga County, JOSEPH RIHA, Plaintiff, v. GEORGE F. SMITH, Defendant," C. I. T. CORPORATION, Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concur. (The order holds that plaintiff-petitioner made a levy on the defendant's automobile and acquired a good lien thereon; the final order was entered on said order in favor of plaintiff-petitioner and against claimant C. I. T. Corporation, in an attachment proceeding.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.